existence, and from which it legitimately results as a conclusion of fact drawn by a court or jury without the aid of any legal presumptions.'' (2 Pomeroy's Equity Jurisprudence, sec. 971.)

While we might share complainant's suspicions we must agree with the chancellor's conclusions.

It is urged that it was error to reject the deposition of McDonald filed in the Missouri case relating to other property than that involved in these assignments. While its relevancy and materiality are not apparent, yet if received we fail to see how it would have led to a different conclusion. The decree will be affirmed.

*Affirmed.*

---

**Howard S. Gemmill, Administrator, Appellee, v. Grand Trunk Western Railway Company, Appellant.**

**Gen. No. 23,307.   (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed with finding of fact. Opinion filed May 14, 1918.

## Statement of the Case.

Action by Howard S. Gemmill, administrator of the estate of Anton Czerner, plaintiff, against Grand Trunk Western Railway Company, defendant, to recover damages for wrongful death. From a judgment for plaintiff, defendant appeals.

KRETZINGER & KRETZINGER and L. L. SMITH, for appellant.

EARL J. WALKER, for appellee; A. R. MILLER, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

RAILROADS, § 562*—*when boy boarding freight train is guilty of contributory negligence.* In an action for the death of a boy 12 or 13 years old who was run over by defendant's train, evidence that deceased in company with other boys had gone upon the right of way for the purpose of picking up coal and that decedent sustained the injury while attempting to board a freight train moving at a speed of about 6 miles per hour, shows contributory negligence as a matter of law.

---

**Mary Elizabeth Trumbull, Defendant in Error, v. William H. Bryant, Plaintiff in Error.**

### Gen. No. 23,404.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of fact. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Mary Elizabeth Trumbull, plaintiff, against William H. Bryant, defendant, to recover rent of demised premises. From a judgment for plaintiff on an instructed verdict, defendant brings error.

WEST & ECKHART, for plaintiff in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.